IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOSE REYES VILLALOBOS )<br>ROMAN GUERRA )<br>JOSE VARGAS )<br>ANGEL MORFIN )<br>JOAQUIN MEJIA )<br>SUZANNA CARISOSA )<br>LAURA DAVENPORT )<br>BRIDGETTE REYNOLDS )<br>JEREMY THOMPSON )<br>ALMA MARIE WILLIAMS )<br>KATHERINE CRAPPS ) | CASE NO.: CR205-37 |

IN RE:   LEAVE OF ABSENCE

Application for Leave of Absence has been requested by John B. Brewer, III, Attorney for Defendant Davenport, for the periods of April 21, 2006, through May 1, 2006; May 22, 2006, through June 12, 2006; and October 9, 2006, through and including October 25, 2006, in the captioned case.

The above and foregoing request for Leave of Absence is **APPROVED**; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial.

**SO ORDERED**, this 14th day of March, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)